UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CELESTIAL CHURCH OF CHRIST USA
DIOCESE *et al.*,

                Plaintiffs,

      -v-

PATRICK EMEKA MOSLEY *et al.*,

                Defendants.
-----------------------------------------------------------------------X

22 Civ. 860 (JPC) (SN)

ORDER

JOHN P. CRONAN, United States District Judge:

    The Court is in receipt of Plaintiffs' motion to voluntarily dismiss Defendant Anthony Iremiren from this action without prejudice. It is hereby ORDERED that, by May 6, 2022, Mr. Iremiren shall advise the Court as to whether he opposes the dismissal of Plaintiffs' claims against him without prejudice. The Clerk of Court is respectfully directed to mail a copy of this Order and Plaintiffs' motion dated April 20, 2022, Dkt. 20, to *pro se* Defendant Anthony Iremiren and to note service on the docket.

    SO ORDERED.

Dated: April 21, 2022
         New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge