UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

CELESTIAL CHURCH OF CHRIST USA                                  :
DIOCESE *et al.*,                                                    :
                                                              :
                           Plaintiffs,                              :            22 Civ. 860 (JPC) (SN)
                                                              :
          -v-                                                   :            <u>ORDER</u>
                                                              :
PATRICK EMEKA MOSLEY *et al.*,                                  :
                                                              :
                          Defendants.                              :
                                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 20, 2022, Plaintiffs filed a motion to voluntarily dismiss Defendant Anthony

Iremiren from this action without prejudice.  Dkt. 20.  On April 21, 2022, the Court directed Mr.

Iremiren to advise the Court as to whether he opposes the dismissal of Plaintiffs' claims against

him without prejudice.  Dkt. 21.  On April 25, 2022, Mr. Iremiren filed a letter stating that he does

not oppose the dismissal of Plaintiffs' claims against him.  Dkt. 23.  Accordingly, it is hereby

ORDERED that Defendant Anthony Iremiren is dismissed from this action without prejudice.  The

Clerk of Court is respectfully directed to terminate Mr. Iremiren as Defendant in this action and to

close the motion pending on Docket Number 20.

       SO ORDERED.

Dated:  April 27, 2022
      New York, New York                          _____
                                        JOHN P. CRONAN
                              United States District Judge