UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CELESTIAL CHURCH OF CHRIST
USA DIOCESE, et al.,

                    **Plaintiffs,**                    22-CV-00860 (JPC)(SN)

          -against-                            **SETTLEMENT CONFERENCE ORDER**

**PATRICK EMEKA MOSLEY,**

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A telephonic settlement conference is scheduled for Wednesday, June 8, 2022, at 2:00 p.m. Prior to the conference, the Court will provide the parties with the dial-in information.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, June 1, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     April 27, 2022
              New York, New York